## BRACKET v. BELKNAP.

1. **Practice in the Supreme Court:** IDENTIFICATION OF EVIDENCE: TRIAL. Where in an equity case the evidence submitted in the Supreme Court is not certified to be the same as that introduced in the inferior court, and in no manner identified with it, the decree will be affirmed.

*Appeal from Louisa Circuit Court.*

FRIDAY, DECEMBER 10.

ACTION in chancery to enforce the specific performance of a contract to convey lands. Upon a trial on the merits the petition of plaintiff was dismissed; he now appeals to this court.

*Cloud & Broomhall,* for appellant.

*C. H. Phelps* and *R. Caldwell,* for appellee.

BECK, J.—This cause is submitted to us with a motion to strike out of the record the evidence found therein, on the ground that it was neither filed in the office of the clerk of the Circuit Court, certified by the judge of that court, nor set forth in the bill of exceptions. We find that the allegations of fact upon which the motion is based, are supported by the record. The evidence sent here with the case is in no way certified or identified as being that upon which the trial was had in the court below. It cannot, therefore, be regarded as a part of the record. The motion must be sustained, and the evidence stricken from the files. After this done, nothing is left in the case to support the petition of plaintiff. It must, therefore, be dismissed and the decree of the Circuit Court

AFFIRMED.